UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-00006-GW(FFMx) | Date | August 23, 2017 |
|---|---|---|---|
| Title | *Cycle Swanstrom v. Afni, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None Present | None Present | |

**PROCEEDINGS (IN CHAMBERS): ORDER TO SHOW CAUSE RE SETTLEMENT**

On August 22, 2017, Defendant Afni, Inc. filed a Notice of Settlement. The Court sets an Order to Show Cause re: Settlement Hearing for September 28, 2017 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on September 27, 2017

All previously set deadlines and dates are vacated and taken off-calendar.

:

Initials of Preparer   JG