## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-00006-GW(FFMx) | Date | September 28, 2017 |
|---|---|---|---|
| Title | *Cycle Swanstrom v. Afni, Inc.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None Present                                            None Present

**PROCEEDINGS:**     **ORDER TO SHOW CAUSE RE SETTLEMENT**

Case is called.  Counsel are not present.

On August 23, 2017, an Order to Show Cause was issued for the following reason: Notice of Settlement filed on August 22, 2017.  Based on the settlement and counsel's failure to appear, the Court hereby dismisses the above-entitled action without prejudice.

: 01

Initials of Preparer   JG