UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYLE SWANSTROM,<br><br>        Plaintiff,<br><br>v.<br><br>AFNI, INC.,<br><br>        Defendant. | Case No. CV 17-0006-GW(FFMx)<br>[Honorable George H. Wu]<br><br>**ORDER REGARDING STIPULATION TO DISMISS PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

Having considered the parties' Stipulation for Dismissal, the above-entitled action is hereby dismissed with prejudice. Each party shall bear its own costs and expenses.

DATED: October 16, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER REGARDING STIPULATION TO DISMISS PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)